IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LEONARD DEVAZIER, et al.**                                                          **PLAINTIFFS**

**v.**                            **CASE NO. 2:13CV00108 BSM**

**SOUTHERN FARM BUREAU CASUALTY**
**INSURANCE COMPANY**                                                              **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal, this case is dismissed with prejudice. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 2nd day of January 2015.

_____
UNITED STATES DISTRICT JUDGE