IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LEONARD DEVAZIER, et al.**                                                                 **PLAINTIFFS**

**v.**                              **CASE NO. 2:13CV00108 BSM**

**SOUTHERN FARM BUREAU CASUALTY**
**INSURANCE COMPANY**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of January 2015.

_____
UNITED STATES DISTRICT JUDGE